AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED by _____ D.C.

AUG - 7 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  12-8313-WM |
| JOSE ANGEL RODRIGUEZ, | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 7, 2012 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC Section 1326(a) | Illegal Reentry after Deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 7, 2012

_____
*Judge's signature*

City and state: _____ West Palm Beach, FL _____

U.S. Magistrate Judge William Matthewman
*Printed name and title*

## UNITED STATES v. JOSE ANGEL RODRIGUEZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years.  I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida.  As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose Angel RODRIGUEZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3.      On or about August 7, 2012, Jose Angel RODRIGUEZ was arrested in Palm Beach County for violation of immigration law. Jose Angel RODRIGUEZ'S fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States.

4.      On or about August 7, 2012, your affiant reviewed file bearing control number A095 073 182 corresponding to Jose Angel RODRIGUEZ.  Original records within this alien file assigned to Jose Angel RODRIGUEZ show that he is a native and citizen of El Salvador.  Records further show that on or about May 27, 2003, Jose Angel RODRIGUEZ was ordered removed from the United States.  The Orders of Removal

1

were executed on or about July 25, 2003, and May 14, 2010, whereby Jose Angel RODRIGUEZ was removed from the United States to El Salvador each time.

5.      Records further show that on or about April 21, 2003, in the Circuit County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida Jose Angel RODRIGUEZ was convicted of two counts battery, in case number 02-20085CF10A.

6.      Border Patrol Fingerprint Expert Richard Abbott conducted fingerprint comparison in this case.  The fingerprint comparison confirmed that the individual encountered on August 7, 2012, that is, Jose Angel RODRIGUEZ, was the same person previously removed from the United States on or about May 14, 2010.

7.      Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Jose Angel RODRIGUEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Jose Angel RODRIGUEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

9.      Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about August 7, 2012, Jose Angel RODRIGUEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the

Secretary of the Department of Homeland Security for re-admission into the United

States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).


_____

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn to before me
this _7th_ day of August, 2012.


_____
~~DAVE LEE BRANNON~~   WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### No.   12-8313-WM

**UNITED STATES OF AMERICA**

**vs.**

**JOSE ANGEL RODRIGUEZ,**

**Defendant.**

_____/

## CRIMINAL COVER SHEET

1.   Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2.   Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:   _____

ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY
Robert.Waters@usdoj.gov
Florida Bar No. 365483
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 820-8711
Fax: (561) 820-8777